IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,

        Plaintiff,        1: 05 CV 1473 LJO WMW PC

    vs.                     ORDER RE MOTION (DOC 12)

C/O ELLIS, et al.,

        Defendants.

    Plaintiff has filed a motion requesting a ruling.  An order will issue, directing Plaintiff to either file an amended complaint or complete forms for service of process.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a ruling is denied as moot.

IT IS SO ORDERED.

**Dated:   July 16, 2008**                  /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE

1