IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP JON ROSENBLUM,

       Plaintiff,        1: 05 CV 1473 OWW WMW PC

  vs.                      ORDER RE FINDINGS AND
                           RECOMMENDATIONS (DOC 15)

C/O ELLIS, et al.,

       Defendants.

On September 4, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint. On September 8, 2008, the court granted Plaintiff leave to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that the September 4, 2008, findings and recommendations are vacated.

IT IS SO ORDERED.

**Dated:   February 10, 2009**          /s/  William M. Wunderlich
                                                UNITED STATES MAGISTRATE JUDGE