# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JON ROSENBLUM, | CASE NO. 1:05-cv-1473-LJO-WMW PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| C/O ELLIS, et al., | |
| Defendants. | |

_____ /

Plaintiff  is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law.  Plaintiff filed this action on November 21, 2005.  The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendant Ellis for failure to protect in violation of the Eighth Amendment.[1] .  Accordingly, it is HEREBY ORDERED that:

1.      Service is appropriate for the following defendant:

    C/O ELLIS

2.      The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, a

    Notice of Submission of Documents form, an instruction sheet and a copy of the

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's due process and supervisory liability claims be dismissed, along with Defendants Vasquez and Robles.

1

1   complaint filed November 21, 2005.

2   3.   Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

3   attached Notice of Submission of Documents and submit the completed Notice to the

4   Court with the following documents:

5   a.   Completed summons;

6   b.   One completed USM-285 form for defendant Ellis; and

7   c.   Two copies of the endorsed complaint filed November 21, 2005.

8   4.   Plaintiff need not attempt service on Defendants and need not request waiver of

9   service.  Upon receipt of the above-described documents, the Court will direct the

10   United States Marshal to serve the above-named defendants pursuant to Federal Rule

11   of Civil Procedure 4 without payment of costs.

12   5.   The failure to comply with this order will result in a recommendation that this action

13   be dismissed.

14

15   IT IS SO ORDERED.

16   **Dated:   February 10, 2009**          **/s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28