IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JON ROSENBLUM,<br><br>    Plaintiff,<br><br>vs.<br><br>ELLIS, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-01473 LJO WMW (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENTS #28, 29)<br><br>THIRTY DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 13, 2009, and again on April 15, 2009, Plaintiff filed a motion to extend time to file objections to the Findings and Recommendations issued on February 10, 2009 (Document #20). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the Findings and Recommendations issued on February 10, 2009.

IT IS SO ORDERED.

**Dated:   April 16, 2009**                  **/s/ William M. Wunderlich**
                                                   UNITED STATES MAGISTRATE JUDGE