IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JON ROSENBLUM, | 1:05 CV 01473 LJO YNP GSA (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FURNISH FURTHER INFORMATION FOR INITIATION OF SERVICE OF PROCESS |
| vs. | |
| C/O ELLIS, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Because plaintiff is proceeding in forma pauperis, the court must appoint the United States Marshal to serve each defendant with a summons and complaint. Fed. R. Civ. Pro. 4(c)(2). However, the Marshal cannot locate and serve unidentified defendants. On March 5, 2009, an order was entered, directing service of the operative pleading upon Defendant C/O Ellis. On April 29, 2009, the USM 285 form for service of process was returned as unexecuted. The form indicates that there are "several ellis" in database.

Within thirty days from the date of service of this order, plaintiff shall provide the court with further information to assist the Marshal in serving defendant. The court is aware that plaintiff does not know the location of C/O Ellis. From plaintiff's complaint, it appears that the defendant held the position of Correctional Officer on November 21, 2005, and worked at Wasco State Prison. If plaintiff can remember any other details that might assist the court and the Marshal, plaintiff shall so inform the

court. For example, where was C/O Ellis assigned?    To plaintiff's knowledge, has C/O Ellis been transferred?

Based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date of service of this order, plaintiff shall provide the court with any and all information he has that might help the Marshal identify and serve C/O Ellis.

IT IS SO ORDERED.

**Dated:   June 16, 2009**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE