# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JON ROSENBLUM,<br><br>              Plaintiff,<br><br>     v.<br><br>C/O ELLIS, et al.,<br><br>              Defendants. | 1:05-cv-01473-LJO-GSA-PC<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO WITHDRAW MOTION TO DISMISS<br>(Doc. 82.)<br><br>ORDER FOR CLERK TO WITHDRAW MOTION TO DISMISS FROM COURT DOCKET<br>(Doc. 79.) |

**I.   BACKGROUND**

Phillip Jon Rosenblum ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on November 21, 2005.  (Doc. 1.)

On April 12, 2011, Defendant Ellis filed a motion to dismiss this action. (Doc. 79.) On May 9, 2011, Defendant Ellis filed a notice of withdrawal of the motion to dismiss.  (Doc. 82.) Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request to withdraw the motion to dismiss is GRANTED; and
2. The Clerk is directed to withdraw Defendant's motion to dismiss from the Court's docket.

IT IS SO ORDERED.

Dated:   **May 9, 2011**               /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE