IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JON ROSENBLUM,<br><br>    Plaintiff,<br><br>  vs.<br><br>C/O ELLIS, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-01473 LJO GSA (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE TO INTERROGATORIES, AND DENYING REQUEST FOR COPIES<br>(Motion#89)<br><br>ORDER FOR CLERK TO SEND DOCKET SHEET TO PLAINTIFF<br><br>30-DAY DEADLINE FOR PLAINTIFF TO RESPOND TO INTERROGATORIES |

    Plaintiff is a former prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 23, 2011, Plaintiff filed a motion for an extension of time to respond to defendants' interrogatories. Good cause appearing, the motion shall be granted.

    Plaintiff also requests copies of the "amended pleadings" in his case, to assist him in responding to the interrogatories. (Motion at 2.) Plaintiff is advised that the Clerk does not ordinarily provide free copies of documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies up to 20 pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. The fact that

1

1  the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to
2  free copies of documents from the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to
3  furnish copies without cost to an indigent petitioner except by order of the judge.  Moreover,
4  before the Clerk can respond to Plaintiff's request for copies, Plaintiff must identify which
5  pleadings from the Court's record he is requesting.  To assist Plaintiff, the Court will direct the
6  Clerk to send Plaintiff a copy of the docket sheet for his case.

7  Plaintiff has not explained why he requires copies of pleadings to respond to
8  interrogatories, or why he cannot make a request for copies directly to the Clerk and submit
9  prepayment.  Should Plaintiff seek to file a request for free copies pursuant to a court order, he
10 must provide this information.  For these reasons, Plaintiff's request for copies shall be denied
11 without prejudice.

12 Based on the foregoing, IT IS HEREBY ORDERED that:

13 1. Plaintiff is GRANTED thirty (30) days from the date of service of this order in
14    which to respond to defendants' interrogatories;
15 2. Plaintiff's request for copies is DENIED without prejudice; and
16 3. The Clerk is directed to send Plaintiff a copy of the docket sheet for this action.
17 IT IS SO ORDERED.

18 Dated:   **June 30, 2011**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE